IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES M. BROADHEAD, | ) | |
| AIS #224802, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-164-WHA |
| | ) | |
| NURSE LAGUAN COBB, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On March 12, 2019, the Magistrate Judge entered a Recommendation (Doc. #2) to which no timely objections have been filed. After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is dismissed without prejudice for the Plaintiff's failure to pay the full filing fee upon the initiation of this case.

A separate Final Judgment will be entered.

DONE this 15th day of April, 2019.

    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE